JS-6
Admin Close

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN WU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Defendants. | No. 5:25-cv-00302-JGB-SHK<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION** |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until February 4, 2026.

Dated: April 15, 2025

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE